IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | Docket No. 17-4239 |
| vs. | ) | District Court No: 3:16C201-4 |
| | ) | |
| JUAN CESAR VALLE-BARRERA, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

## **MOTION**

The undersigned Counsel for Juan Cesar Valle-Barrera, hereby moves the Court for an order deconsolidating the appeal so that he may file a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

In support of this motion counsel certifies that he represented this Defendant at the District Court level. Specifically, this attorney represented Mr. Valle-Barrera from the time of his indictment up through and including his sentencing. This attorney certifies there are no appealable issues to be heard by the Appellant Court and therefore certifies that, after a conscientious review of the case, an appeal of any issues would be frivolous and that he respectfully requests defendant's appeal be deconsolidated as this attorney will be preparing and filing a brief pursuant to *Anders v. California,* Id.

WHEREFORE, the undersigned prays this Honorable Court grant Appellant's motion for an order deconsolidating the appeal.

1

Respectfully submitted this the 6th day of June 2017.

      s/D. Baker McIntyre III
      Attorney Bar Number: 19168
      Attorney for Defendant
      200 E. Woodlawn Road, Suite 118
      Charlotte, NC  28217
      Telephone: 704/522-8001
      Fax #704/522-0533
      E-mail: bmcintyre3@bellsouth.net

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served a copy of the foregoing Notice upon The United States Attorney, Carillon Building, Suite 1700, 227 W. Trade Street, Charlotte, North Carolina, 28202, by ECF Filing System.

This the 6th day of July 2017.

      s/D. Baker McIntyre III
      Attorney Bar Number: 19168
      Attorney for Defendant
      200 E. Woodlawn Road, Suite 118
      Charlotte, NC  28217
      Telephone: 704/522-8001
      Fax #704/522-0533
      E-mail: bmcintyre3@bellsouth.net