**D. BAKER MCINTYRE III**
Attorney and Counselor at Law
200 E. Woodlawn Rd., Ste. 118
Charlotte, NC   28217
(704) 522-8001 Fax (704) 522-0533
bmcintyre3@bellsouth.net

June 7, 2017

U. S Court of Appeals
    for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, VA 23219

Re:   Juan Cesar Valle-Barrera; No. 17-4239

Dear Case Manager:

Please be advised a Brief and Anders Letter was filed in error on June 7, 2017 in the above referenced matter.   Please discard the Brief and Anders Letter filed in this matter.

Thank you and sorry for any inconvenience.   If you have any questions, please feel free to contact our office.

Sincerely,

s/D. Baker McIntyre III
Attorney Bar Number: 19168
Attorney for Defendant

DBM/slc